IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Minnesota Life Insurance Company )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Dorothy L. Pinkston et al., )<br>)<br>Defendant ) | CASE NUMBER: CV114-182 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that ____Minnesota Life Insurance Company____ has deposited with the Court the sum of $ __205,963.33__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __30th__ day of __September__, __2014__, by Order of this Court.

SCOTT L. POFF, CLERK

By: /s/ Logan Heil
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV020810
Cashier ID: lherb
Transaction Date: 09/30/2014
Payer Name: Minnesota Life Insurance Compa
------------------------------------------
TREASURY REGISTRY
 For: Minnesota Life Insurance Compa
 Case/Party: D-GAS-1-14-CV-000182-001
 Amount:        $110,413.33
TREASURY REGISTRY
 For: Minnesota Life Insurance Compa
 Case/Party: D-GAS-1-14-CV-000182-001
 Amount:        $95,550.00
------------------------------------------
CHECK
 Check/Money Order Num: 19733797
 Amt Tendered:  $110,413.33
CHECK
 Check/Money Order Num: 19733798
 Amt Tendered:  $95,550.00
------------------------------------------
Total Due:     $205,963.33
Total Tendered: $205,963.33
Change Amt:    $0.00
```